```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
D.R., individually and on behalf of J.F., a child                 :
with a disability,                                                :
                                                                  :
                                                                  :
                                              Plaintiff,          :         1:22-cv-00005-GHW
                                                                  :
                        -v-                                       :               ORDER
                                                                  :
NEW YORK CITY DEPARTMENT OF                                       :
EDUCATION,                                                        :
                                                                  :
                                              Defendant.          :
                                                                  :
----------------------------------------------------------------- :
                                                                  X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/22

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED that all parties appear via telephone on September 2, 2022, at 1:00 p.m. for a conference to discuss Plaintiff D.R.'s motion for reconsideration. Dkt. No. 28. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: August 30, 2022

_____
GREGORY H. WOODS
United States District Judge